Willie EVANS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27696.

Court of Criminal Appeals of Texas.

Oct. 19, 1955.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The information charged three separate sales of whiskey in a dry area. The jury found the appellant guilty on each count and assessed his punishment at 30 days in jail and a fine of $100 for each count. The judgment cumulates these findings and assesses the punishment at 90 days in jail and a fine of $300.

There is no statement of facts or bills of exception in the record, and nothing is presented for review.

The judgment is affirmed.